IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                              Cr. No. 09-20340

PETERSON VALERE,

      Defendant.

**ORDER GRANTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT**

BEFORE THE COURT, is the Defendant's motion to waive his personal appearance at the arraignment scheduled for September 9 at 9:30 a.m.  Based upon the filed motion of the Defendant, there being not objection from the United States, Counsel being in possession of a written waiver, and for good cause shown, this motion is well taken and is therefore, GRANTED.

IT IS SO ORDERED.

                                                       s/ Charmiane G. Claxton
                                                       UNITED STATES MAGISTRATE JUDGE